```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CHRISTY KEMPER,                    )
                                   )
              Plaintiff,           )
                                   )
        v.                         )   No.  4:09CV111 FRB
                                   )
NCO FINANCIAL SYSTEMS, INC.,       )
                                   )
              Defendant.           )
```

## ORDER

In accordance with plaintiff's Notice of Voluntary Dismissal (Docket No. 6),

**IT IS HEREBY ORDERED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this cause is dismissed with prejudice; each party to bear their own court costs.

*/s/ Frederick R. Buckles*
UNITED STATES MAGISTRATE JUDGE


Dated this  _17th_  day of February, 2009.